UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-09202-RGK (SK)                                              Date: February 23, 2023

Title   Jose Emerson Rodriguez Gonzalez v. Bryan Birkholz

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):         Attorneys Present for Defendant(s):

None present                                              None present

**Proceedings:**       (IN CHAMBERS) **ORDER TO SHOW CAUSE**

      Respondent is ordered to show cause in writing by no later than **March 1, 2023** why the petition for writ of habeas corpus under 28 USC section 2241 should not be granted for Respondent's failure to respond to the petition as ordered.  (ECF 6). Respondent may discharge this order by responding to the petition as ordered and seeking leave of court to file a late response supported by good cause.  Failure to respond to this order may lead to additional sanctions.

      IT IS SO ORDERED.